**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Amy Telesford-Britto,

                Plaintiff,

v.

Performant Recovery, Inc.; and DOES 1-10, inclusive,

                Defendant.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 20 2015 ★

LONG ISLAND OFFICE

Civil Action No.: 2:14-cv-04505-LDW-GRB

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Performant Recovery, Inc. without prejudice and without costs to any party.

| Amy Telesford-Britto | Performant Recovery, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Han Sheng Beh |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Concepcion A. Montoya, Esq.<br>Han Sheng Beh, Esq.<br>Hinshaw & Culbertson LLP<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>(212) 471-6200<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg

```
SO ORDERED.
Dated: Central Islip, N.Y.
               4/20/ 20 15

s/ Leonard D. Wexler
      Leonard D. Wexler
      U.S. District Judge
```